IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RODERICK ROBERTS,<br><br>*Plaintiff,*<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, AND SAMANTHA DOE,<br><br>*Defendants.* | CIVIL ACTION NO. 5:23-cv-00545<br><br>JURY TRIAL DEMANDED |

# DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and Federal Rule of Civil Procedure 81, Defendants UBER TECHNOLOGIES, INC. and RASIER, LLC (referred to herein collectively as "Uber") hereby remove to this Court, the state court action described in Paragraph 1 below. Pursuant to 28 U.S.C. § 1446(a), Defendants set forth the following "short and plain statement of the grounds for removal."

### A.     THE REMOVED CASE

1.     The removed case is a civil action filed in the 224th Judicial District Court of Bexar County, Texas on March 27, 2023, styled *Roderick Roberts v. Uber Technologies, Inc., Rasier, LLC, and Samantha Doe*; Cause No. 2023CI05980 (the "State Court Action"). The case arises from an incident between Plaintiff Roderick Roberts ("Roberts"), and Defendant, Samantha Doe ("Doe") which took place on or about December 9, 2022 in San Antonio,

Texas. During the incident, Roberts alleges he was injured by Doe. Plaintiff further alleges that Doe was employed by Uber at the time, which Uber denies as detailed at length in Defendants' Original Answer to Plaintiff's Original Petition filed in the State Court action.

### B.   DOCUMENTS FROM REMOVED ACTION

2.   Pursuant to 28 U.S.C. 1446(a), Uber attaches to this Notice of Removal as **Exhibit "A"** a copy of all process, pleadings, and orders served upon Defendants as of the date of this pleading.

### C.   REMOVAL PROCEDURE

3.   Except as otherwise expressly provided by Act of Congress, any civil action brought in a State Court of which the district courts of the United States have original jurisdiction may be removed to the district court of the United States for the district and division embracing the place where the action is pending. 28 U.S.C. § 1441.  The San Antonio Division of the Western District Court of Texas is the United States district and division embracing Bexar County, Texas, the county in which the State Court Action is pending.

4.   Uber Technologies, Inc. was served with a copy of Plaintiff's Original Petition, ("Petition") on March 28, 2023, through its registered agent.  Therefore, this Notice of Removal is filed within the time limits specified in 28 U.S.C. § 1446(b).

5. Rasier, LLC was served with a copy of the Petition on March 28, 2023 through its registered agent. Therefore, this Notice of Removal is filed within the time limits specified in 28 U.S.C. § 1446(b).

6. As for Defendant "Samantha Doe," citizenship of defendants sued under fictitious names shall be disregarded for the purposes of removal and the "presence of John Does does not destroy diversity jurisdiction in cases removed to federal court."[1] As such, the Court should disregard Defendant Samantha Doe for the purposes of determining if complete diversity exists.

7. Defendants will promptly give all parties written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the 244th District Court of Bexar County, Texas, where the action is currently pending.

### D.   VENUE IS PROPER

8. The United States District Court for the Western District of Texas is the proper venue for removal of the state court action pursuant to 28 U.S.C. § 1441(a) because the 244th District Court of Bexar County, Texas is located within the jurisdiction of the United States District Court for the Western District of Texas, San Antonio Division.

---

[1] *Universal Commun. Sys., Inc. v. Lycos, Inc.*, 478 F.3d 413 (1st Cir. 2007).; 28 U.S.C.A. § 1441 (b)(1).

### E.     COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

9. This is a civil action that falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship in accordance with 28 U.S.C. §§ 1441 and 1446.

10. As admitted in his Petition, Plaintiff Roderick Roberts is a resident and citizen of the State of Texas.[2]

11. Defendant Uber Technologies, Inc. is a foreign corporation organized and existing under the laws of the State of Delaware, with its principal place of business located in San Francisco, California.

12. Defendant Rasier, LLC is a foreign limited liability company and wholly-owned subsidiary of Uber, organized and existing under the laws of the State of Delaware, with its principal place of business located in San Francisco, California.

13. Defendant Samantha Doe has not been identified and has not been properly joined and served in this lawsuit.

14. Because Plaintiff is a citizen of the States of Texas, and Defendants Uber Technologies, Inc. and Rasier, LLC are not, complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332.

---

[2] *See* Pl. Original Petition at ¶ 2.

**F.     THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED**

15.     Plaintiff alleges in his Petition that he seeks damages in excess of $1,000,000.[3] Therefore, the amount in controversy exceeds $75,000.

16.     Based on all of the aforementioned facts, the State Court Action may be removed to this Court by Defendants in accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Western District of Texas; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000 exclusive of interest and costs.

**G.     FILING OF REMOVAL PAPERS**

17.     Pursuant to 28 U.S.C. § 1446(d), Defendants are providing written notice of the filing of this Notice of Removal to all counsel of record and filing a copy of this Notice with the Clerk of the 244th Judicial District Court of Bexar County, Texas in which this action was originally commenced.

**H.     CONCLUSION**

18.     Defendants, Uber Technologies, Inc. and Rasier, LLC, hereby remove the above-captioned action from the 244th Judicial District Court of Bexar County, Texas and request that further proceedings be conducted in the United States District Court for the Western District of Texas, San Antonio Division, as provided by law.

---

[3] Pl. Original Petition at ¶ 12.

Respectfully submitted,

**MAYER LLP**

750 North St. Paul, Suite 700
Dallas, Texas 75201
214.379.6900 / Fax 214.379.6939

By: /s/ *Zach T. Mayer*
    Zach T. Mayer
    State Bar No. 24013118
    E-mail: zmayer@mayerllp.com
    Katherine M. Hart Sneed
    State Bar No. 24108024
    E-mail: ksneed@mayerllp.com

**ATTORNEYS FOR DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC**

**CERTIFICATE OF SERVICE**

This is to certify that on the 27th day of April 2023, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

| THE LAW OFFICE OF THOMAS J. HENRY | |
|---|---|
| Michael D. Brennan | ☒ E-MAIL/E-SERVICE |
| P.O. Box 696025 | ☐ ECM |
| San Antonio, Texas 78269 | ☐ HAND DELIVERY |
| 210.656.1000 Telephone | ☐ FACSIMILE |
| 361.985.0601 Fax | ☐ OVERNIGHT MAIL |
| Mbrennan-svc@tjhlaw.com | ☐ REGULAR, FIRST CLASS MAIL |
| *ATTORNEYS FOR PLAINTIFFS* | ☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED |

    /s/ *Katherine M. Hart Sneed*
    Katherine M. Hart Sneed